| | |
|---|---|
| Case title: USA v. HALL | Date Filed: 07/10/2023 |
| Other court case number: 5:23−MJ−01642 EASTERN DISTRICT OF NORTH CAROLINA | Date Terminated: 07/11/2023 |

Assigned to: MAG/JUDGE JOE L. WEBSTER

**Defendant (1)**

| | |
|---|---|
| **KALI R. HALL**<br>*TERMINATED: 07/11/2023* | represented by **AMES COLBY CHAMBERLIN**<br>FEDERAL PUBLIC DEFENDER<br>MIDDLE DISTRICT OF NORTH CAROLINA<br>251 N. MAIN ST., STE. 851<br>WINSTON−SALEM, NC 27101<br>336−631−5278 Ext. 5281<br>Fax: 336−631−5280<br>Email: Ames_chamberlin@fd.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Public Defender or Community Defender Appointment* |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| RULE 5 ARREST | |

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **TRACY WILLIAMS–DURHAM** <br> DOJ–USAO <br> 101 S. EDGEWORTH STREET <br> SUITE 400 <br> GREENSBORO, NC 27401 <br> 336–332–6308 <br> Email: tracy.williams–durham@usdoj.gov <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* <br> *Designation: United States Attorney* |

| Date Filed | # | Docket Text |
|---|---|---|
| 07/10/2023 | | Arrest (Rule 5) of KALI R. HALL (Garrett, Kim) (Entered: 07/11/2023) |
| 07/11/2023 | | Minute Entry for proceedings held before MAG/JUDGE JOE L. WEBSTER:INITIAL APPEARANCE IN RULE 5 PROCEEDINGS as to KALI R. HALL held on 7/11/2023. AUSA Tracy Williams–Durham. AFPD Ames Chamberlin appointed and present with defendant. Defendant advised of rights and charges. Defendant waived ID Hearing. Government not requesting detention and agrees with release conditions. Defendant instructed to appear in the EDNC. Proceedings recorded. (Garrett, Kim) (Entered: 07/11/2023) |
| 07/11/2023 | 1 | SEALED FINANCIAL AFFIDAVIT by KALI R. HALL. (Garrett, Kim) (Entered: 07/11/2023) |
| 07/11/2023 | 2 | ORDER appointing AFPD AMES COLBY CHAMBERLIN for KALI R. HALL. Signed by MAG/JUDGE JOE L. WEBSTER on 7/11/23. (Garrett, Kim) (Entered: 07/11/2023) |
| 07/11/2023 | 3 | WAIVER of Rule 5(c)(3) Hearing by KALI R. HALL (Garrett, Kim) (Entered: 07/11/2023) |
| 07/11/2023 | 4 | **ORDER Setting Conditions of Release** for KALI R. HALL. Signed by MAG/JUDGE JOE L. WEBSTER on 7/11/23. (Garrett, Kim) (Entered: 07/11/2023) |
| 07/11/2023 | 5 | Appearance Bond Entered as to KALI R. HALL(Garrett, Kim) (Entered: 07/11/2023) |

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) 1:23MJ290-1 |
| | ) |
| KALI R. HALL | ) |

### ORDER

This matter comes before the Court for the appointment of counsel to represent Defendant in this matter. The Court has reviewed Defendant's Financial Affidavit, and concludes that Defendant is financially unable to employ counsel, does not wish to waive counsel, and that the interest of justice require appointment of counsel at the Government's expense.

**IT IS THEREFORE ORDERED** that Assistant Federal Public Defender Ames Chamberlin is appointed to represent Defendant in this action.

This, the 11th day of July, 2023.

_____
Joe L. Webster
United States Magistrate Judge

# UNITED STATES DISTRICT COURT
for the
Middle District of North Carolina

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 1:23MJ290-1 |
| | ) | |
| KALI R. HALL | ) | Charging District's Case No. 5:23-MJ-01642 |
| *Defendant* | ) | |

## WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)* Eastern District of North Carolina.

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing to determine whether there is probable cause to believe that an offense has been committed, to be held within 14 days of my first appearance if I am in custody and 21 days otherwise, unless I have been indicted beforehand.

(5) a hearing on any motion by the government for detention;

(6) request a transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☐ an identity hearing and production of the warrant.

☐ a preliminary hearing.

☐ ✓ a detention hearing.

☑ an identity hearing, production of the judgment, warrant, and warrant application, and any preliminary or detention hearing to which I may be entitled in this district. I request that my ☑ preliminary hearing and/or ☑ detention hearing be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 07/11/2023

*Defendant's signature* /s/ Kali Hall

*Signature of defendant's attorney* /s/ Kali Hall Ann C. Chambers

*Printed name of defendant's attorney* ~~Mireille Clough~~ Ames Chamberlin

# UNITED STATES DISTRICT COURT
for the
Middle District of North Carolina



| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No.  1:23MJ290-1 |
| KALI R. HALL | ) | |
| *Defendant* | ) | |

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant must not violate federal, state, or local law while on release.

(2) The defendant must cooperate in the collection of a DNA sample if it is authorized by 34 U.S.C. § 40702.

(3) The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4) The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

The defendant must appear at: U.S. District Court - 3rd Floor
*Place*
301 Green Street, Fayetteville, NC 28302

on     7/19/2023 8:00 am
*Date and Time*

If blank, defendant will be notified of next appearance.

(5) The defendant must sign an Appearance Bond, if ordered.

## ADDITIONAL CONDITIONS OF RELEASE

Pursuant to 18 U.S.C. § 3142(c)(1)(B), the court may impose the following least restrictive condition(s) only as necessary to reasonably assure the appearance of the person as required and the safety of any other person and the community.

　　IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

(☐) (6) The defendant is placed in the custody of:
　　　　Person or organization _____
　　　　Address *(only if above is an organization)* _____
　　　　City and state _____ Tel. No. _____
who agrees to (a) supervise the defendant, (b) use every effort to assure the defendant's appearance at all court proceedings, and (c) notify the court immediately if the defendant violates a condition of release or is no longer in the custodian's custody.

　　　　　　　　　　　　　　　　　　　　　　Signed: _____　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Custodian　　　　　　　　　　　　　　　　Date

(☒) (7) The defendant must:
　　(☒) (a) submit to supervision by and report for supervision to the USPO Keith Grider,
　　　　　　telephone number 919-698-1080, no later than immediately upon release.
　　(☐) (b) continue or actively seek employment.
　　(☐) (c) continue or start an education program.
　　(☐) (d) surrender any passport to: _____
　　(☐) (e) not obtain a passport or other international travel document.
　　(☐) (f) abide by the following restrictions on personal association, residence, or travel: _____
　　(☐) (g) avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution, including: _____
　　(☐) (h) get medical or psychiatric treatment: _____
　　(☐) (i) return to custody each _____ at _____ o'clock after being released at _____ o'clock for employment, schooling, or the following purposes: _____
　　(☐) (j) maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers necessary.
　　(☒) (k) not possess a firearm, destructive device, or other weapon.
　　(☒) (l) not use alcohol (☒) at all (☐) excessively.
　　(☒) (m) not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.
　　(☒) (n) submit to testing for a prohibited substance if required by the pretrial services office or supervising officer. Testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance screening or testing.
　　(☒) (o) participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or supervising officer.
　　(☐) (p) participate in one of the following location restriction programs and comply with its requirements as directed.
　　　　(☐) (i) **Curfew.** You are restricted to your residence every day (☐) from _____ to _____, or (☐) as directed by the pretrial services office or supervising officer; or
　　　　(☐) (ii) **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities approved in advance by the pretrial services office or supervising officer; or
　　　　(☐) (iii) **Home Incarceration.** You are restricted to 24-hour-a-day lock-down at your residence except for medical necessities and court appearances or other activities specifically approved by the court; or
　　　　(☐) (iv) **Stand Alone Monitoring.** You have no residential curfew, home detention, or home incarceration restrictions. However, you must comply with the location or travel restrictions as imposed by the court.
　　　　　　**Note:** Stand Alone Monitoring should be used in conjunction with global positioning system (GPS) technology.

## ADDITIONAL CONDITIONS OF RELEASE

( ☐ ) (q) submit to the following location monitoring technology and comply with its requirements as directed:
      ( ☐ ) (i)    Location monitoring technology as directed by the pretrial services or supervising officer; or
      ( ☐ ) (ii)   Voice Recognition; or
      ( ☐ ) (iii)   Radio Frequency; or
      ( ☐ ) (iv)   GPS.

( ☐ ) (r) pay all or part of the cost of location monitoring based upon your ability to pay as determined by the pretrial services or supervising officer.

( ☒ ) (s) report as soon as possible, to the pretrial services or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.

( ☐ ) (t) _____

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;
(3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;
(4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____ *Kali Hall* _____
*Defendant's Signature*

_____
*City and State*

### Directions to the United States Marshal

( ✓ ) The defendant is ORDERED released after processing.
(   ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release.* If still in custody, the defendant must be produced before

Date: 7/11/2023              _____
                             *Judicial Officer's Signature*
                             Joe L. Webster, United States Magistrate Judge
                             *Printed name and title*

DISTRIBUTION:    COURT    DEFENDANT    PRETRIAL SERVICE    U.S. ATTORNEY    U.S. MARSHAL

# UNITED STATES DISTRICT COURT
для the
Middle District of North Carolina

United States of America )
v. )
KALI R. HALL ) Case No. 1:23mj290-1
)
*Defendant* )

**FILED JUL 1 1 2023 Clerk U.S. District Court Greensboro, NC BY**

## APPEARANCE BOND

### Defendant's Agreement

I, _____ KALI R. HALL _____ *(defendant)*, agree to follow every order of this court, or any court that considers this case, and I further agree that this bond may be forfeited if I fail:

( X ) to appear for court proceedings;
( X ) if convicted, to surrender to serve a sentence that the court may impose; or
( X ) to comply with all conditions set forth in the Order Setting Conditions of Release.

### Type of Bond

( X ) (1) This is a personal recognizance bond.

( ) (2) This is an unsecured bond of $ _____ .

( ) (3) This is a secured bond of $ _____ , secured by:

    ( ) (a) $ _____ , in cash deposited with the court.

    ( ) (b) the agreement of the defendant and each surety to forfeit the following cash or other property *(describe the cash or other property, including claims on it — such as a lien, mortgage, or loan — and attach proof of ownership and value)*:

If this bond is secured by real property, documents to protect the secured interest may be filed of record.

    ( ) (c) a bail bond with a solvent surety *(attach a copy of the bail bond, or describe it and identify the surety)*:

### Forfeiture or Release of the Bond

*Forfeiture of the Bond.* This appearance bond may be forfeited if the defendant does not comply with the above agreement. The court may immediately order the amount of the bond surrendered to the United States, including the security for the bond, if the defendant does not comply with the agreement. At the request of the United States, the court may order a judgment of forfeiture against the defendant and each surety for the entire amount of the bond, including interest and costs.

*Release of the Bond.* The court may order this appearance bond ended at any time. This bond will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence.

### Declarations

*Ownership of the Property.* I, the defendant – and each surety – declare under penalty of perjury that:

(1) all owners of the property securing this appearance bond are included on the bond;
(2) the property is not subject to claims, except as described above; and
(3) I will not sell the property, allow further claims to be made against it, or do anything to reduce its value while this appearance bond is in effect.

*Acceptance.* I, the defendant – and each surety – have read this appearance bond and have either read all the conditions of release set by the court or had them explained to me. I agree to this Appearance Bond.

I, the defendant – and each surety – declare under penalty of perjury that this information is true. (See 28 U.S.C. § 1746.)

Date: 7/11/23

_Kali Hall_
*Defendant's signature*

_____
*Surety/property owner – printed name*

_____
*Surety/property owner – signature and date*

_____
*Surety/property owner – printed name*

_____
*Surety/property owner – signature and date*

_____
*Surety/property owner – printed name*

_____
*Surety/property owner – signature and date*

CLERK OF COURT

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

Approved.
Date: 7/11/2023

_____
*Judge's signature*